

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC,**
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellant's motion for reconsideration of this court's September 20, 2019 order denying appellant's request for emergency relief is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk